UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORGAN & CURTIS ASSOCIATES, INC., on behalf of itself and all others similarly situated,

    Plaintiff,

-vs.-

K-D FRAME AND DOOR CORPORATION,

    Defendant.

Case No.: 16 cv 00208
(DLI/CLP)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Morgan & Curtis Associates, Inc. and Defendant K-D Frame and Door Corporation, through their undersigned attorneys, hereby voluntarily dismiss this action with prejudice, each side to bear its own costs.

Dated: March 27, 2017

| | |
|---|---|
| MORGAN & CURTIS ASSOCIATES INC., by its attorneys | K-D FRAME AND DOOR CORPORATION by its attorneys |
| BELLIN & ASSOCIATES LLC | RUSKIN MOSCOU FALTISCHEK, P.C. |
| By: Aytan Y. Bellin<br>50 Main Street, Suite 1000<br>White Plains, NY 10606<br>Phone: 914-358-5345<br>Fax: 212-571-0284<br>E-mail: Aytan.Bellin@bellinlaw.com | By: Jennifer L. Hartmann<br>1425 RXR Plaza, East Tower, 15th Floor<br>Uniondale, NY 11556<br>Phone: 516-663-6600<br>Fax: 516-663-6743<br>E-mail: jhartmann@rmfpc.com |